IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KEVIN B. JONES,

    Plaintiff,

    v.

MARTA,

    Defendant.

CIVIL ACTION FILE
NO. 1:10-CV-1355-TWT

### ORDER

This is a pro se civil rights action. It is before the Court on the Report and Recommendation [Doc. 6] of the Magistrate Judge recommending dismissing this action for the Plaintiff's failure to comply with a lawful Order of the Court. I approve and adopt the Report and Recommendation of the Magistrate Judge as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 16 day of March, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Jones\10cv1355\r&r.wpd